## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ARICK JOHNSON,**
*ADC #185962*                                                               **PETITIONER**

**V.**            **CASE NO. 4:24-cv-00702-DPM-JTK**

**ARKANSAS, STATE OF**                                                      **RESPONDENT**

## ORDER

Petitioner Arick Johnson filed this petition for writ of habeas corpus on August 19, 2024 (Doc. No. 1). He paid the $5.00 filing fee according to receipt number LIT7530. Mr. Johnson's petition is written on Arkansas state forms and it is unclear what relief, if any, he is seeking in federal court. As written, Mr. Johnson's petition does not provide any basis for this Court to review his claims as a federal habeas corpus petition.

On August 28, 2024, this Court ordered Mr. Johnson to amend his petition within 30 days and state in greater detail how his conviction and/or sentence are in violation of the U.S. Constitution and directed the Clerk's office to send Mr. Johnson a blank form for a petition under 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody. Additionally, Mr. Johnson failed to name the proper Respondent, so this Court requested that his amended petition name his current custodian. That Order also warned Mr. Johnson that his failure to comply would result in the recommended dismissal of his petition. More than 30 days have passed, and Mr. Johnson has not filed an amended petition or otherwise responded to the Order.

Mr. Johnson is directed to show cause within thirty (30) days of the date of this Order as to why this case should not be dismissed as moot. Failure to comply with this Order will result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

SO ORDERED this 31st day of July, 2025.

_____
UNITED STATES MAGISTRATE JUDGE