**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ARICK JOHNSON**
*ADC #185962*                                                                              **PETITIONER**

**V.**                              **CASE NO. 4:24-cv-00702-DPM-JTK**

**ARKANSAS, STATE OF**                                                        **RESPONDENT**

**RECOMMENDED DISPOSITION**

**I.      Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Judge D. P. Marshall Jr. Any party to this suit may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.

**II.     Discussion:**

Petitioner Arick Johnson filed this petition for writ of habeas corpus on August 19, 2024. (Doc. No. 1) He paid the $5.00 filing fee according to receipt number LIT7530. However, Mr. Johnson failed to name a proper respondent and the petition was not filed on the correct form and was, therefore, lacking information the Court needs in order to accurately assess his claims. On August 28, 2024, he was ordered to file an amended petition on the correct form and naming the proper respondent. (Doc. No. 2) On July 31, 2025, after no response from Petitioner, the Court

filed another Order directing Mr. Johnson to show cause within 30 days of the date of the Order as to why his case should not be dismissed.

That Order also warned Mr. Johnson that his failure to comply would result in the recommended dismissal of his petition. More than 30 days have passed, and Mr. Johnson has not filed an amended petition. He has, however, filed a Motion to Withdraw. (Doc. No. 5). In this motion, Mr. Johnson states that this case should be dismissed due to his post-trial habeas ongoing at the state level.

Mr. Johnson's Motion to Withdraw (Doc. No. 5) is hereby granted. Additionally, under these circumstances, the Court concludes that the petition should be dismissed without prejudice.

### III.    Certificate of Appealability:

When entering a final order adverse to a petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rule Governing Section 2254 Cases in the United States District Courts. The Court can issue a certificate of appealability only if Mr. Johnson has made a substantial showing that he was denied a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, Mr. Johnson has not provided a basis for the Court to issue a certificate of appealability. Accordingly, a certificate of appealability should be denied.

### IV.    Conclusion:

The Court recommends that Judge Marshall DENY and DISMISS Mr. Johnson's petition for writ of habeas corpus (Doc. No. 1), without prejudice. Furthermore, Judge Marshall should deny a certificate of appealability.

DATED this 12th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE