# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ARICK JOHNSON**                                    **PETITIONER**
**ADC # 185962**

v.                          **No. 4:24-cv-702-DPM**

**STATE OF ARKANSAS**                                 **RESPONDENT**

## ORDER

Unopposed recommendation, *Doc. 6*, adopted.   Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).   Johnson's § 2254 petition, *Doc. 1*, will be dismissed without prejudice.   The Court denies a certificate of appealability.   28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
11 March 2026