# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ARICK JOHNSON**                                                      **PETITIONER**
**ADC # 185962**

**v.**                              **No. 4:24-cv-702-DPM**

**STATE OF ARKANSAS**                                                 **RESPONDENT**

## JUDGMENT

Johnson's § 2254 petition, *Doc. 1*, is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 March 2026